FAX or Internet

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 0 1 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

for the

District of Arizona

In the Matter of the Search of
**Priority Mail Parcel 9505506633962185666308
addressed to PO BOX 91 Supai AZ 86435**

)
)
)
)   Case No.  22-MB-04320
)
)
)

### ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer.

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the                        District of   Arizona.
*(identify the person or describe the property to be searched and give its location)*: **USPS Priority Mail parcel bearing USPS tracking number 9505506633962185666308, addressed to "PO BOX 91 Supai, AZ 86435," with no return address. It is a Home Depot Heavy Duty – Small brown cardboard box; measuring approximately 17 X 11.5 X 11.5 inches; weighing approximately 17lbs 13.2 oz; postmarked July 4, 2022; and bearing $20.15 in postage.  This parcel is referred to as SUBJECT PARCEL 2**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*: **See Attachment A.**

I find that the affidavit(s), or any recorded testimony, have been communicated by reliable electronic means and establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before    September 8, 2022
                                                                                                            *(not to exceed 14 days)*

[X] in the daytime  6:00 a.m. to 10 p.m.    [ ] at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the search warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave a search warrant copy and receipt at the place where the property was taken

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
 Any U.S. Magistrate Judge in the District of Arizona    .
                *(Name)*

[ ] I find that immediate notification may have an adverse result as specified in 18 U.S.C. §3103a  (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  [ ] for _____ days *(not to exceed 30)*.
                                                                                     [ ] until, the facts justifying, the later specific date of _____.

Date and Time Issued: _____    *Camille D. Bibles*  Digitally signed by Camille D. Bibles
                                                                                          Date: 2022.08.25 18:18:16 -07'00'
                                                                                          *Judge's Signature*

City and State:    Flagstaff, Arizona                      Camille D. Bibles, United States Magistrate Judge

## ATTACHMENT A

### THINGS TO BE SEARCHED FOR AND SEIZED FROM THE SUBJECT PARCEL

1. The subject parcel/package described in the search warrant.

2. Any postage and packaging (e.g., paper, labels, plastic bags, or sealers) and associated receipts.

3. Any spirituous, vinous, malted, fermented, or other intoxicating liquors of any kind (alcohol) as well as any containers or additional packaging for same.

4. Any receipts or evidence of purchase for the alcohol.

5. Any indicia of ownership and/or who was the sender and/or recipient of the package, such as anything with the owner's, sender's, and/or recipient's name and/or address on it.

| Return | | |
|---|---|---|
| Case No.:<br>22-MB-04320 | Date and time warrant executed:<br>August 26, 2022, 12:14PM | Copy of warrant and inventory left with: |
| Inventory made in the presence of:   Inspector Aaron Behnen and William Melvin | | |

Inventory of the property taken and name of any person(s) seized:

-Priority Mail Parcel 9505506633962185666308

-Bubble wrap

-Various pieces of Tape

-Four (4) 1.75 Liter bottles of Ten High sour mash whiskey

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/26/22

*Executing Officer's Signature*

Aaron E. Behnen, United States Postal Inspector
*Printed Name and Title*